# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>                                 )<br>         Plaintiff,    )<br>                                 )<br>vs.                             )<br>                                 )<br>Keaira Alexus Goldsmith,  )<br>                               )<br>        Defendant.   )| **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:24-cr-191 |

      The undersigned shall hold a pretrial status conference with counsel by telephone on June 24, 2026, at 9:30 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

      **IT IS SO ORDERED.**

      Dated this 30th day of January, 2026.

                                                */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court